JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DE'VERON J. RATLIFF, | ) | Case No. ED CV 12-785-R (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ELIN VANLENZUELA, | ) | |
| Respondent. | ) | |

    Pursuant to the Memorandum and Order Re: Summary Dismissal of Habeas Corpus Petition,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 15, 2013

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE